B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Eastern District of Virginia

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Headgear, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**54-1776814** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3409 Chandler Creek Road**<br>**Virginia Beach, VA**<br>ZIP Code **23453-2885** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Virginia Beach Cit** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Headgear, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Headgear, Inc.** |
|---|---|

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Karen M. Crowley VSB**
Signature of Attorney for Debtor(s)

**Karen M. Crowley VSB #35881**
Printed Name of Attorney for Debtor(s)

**Crowley, Liberatore & Ryan, PC**
Firm Name

**1435 Crossways Blvd**
**Suite 300**
**Chesapeake, VA 23320-2896**
Address

**(757) 333-4500  Fax: (757) 333-4501**
Telephone Number

**January 11, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Guy L. Stello**
Signature of Authorized Individual

**Guy L. Stello**
Printed Name of Authorized Individual

**Chief Financial Officer**
Title of Authorized Individual

**January 11, 2011**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re **Headgear, Inc.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AH Corporation<br>Suite #20, 4th Floor Al-Hafeez Mall<br>Main Blvd, Gulberg 3<br>Lahore, Pakistan | AH Corporation<br>Suite #20, 4th Floor Al-Hafeez Mall<br>Main Blvd, Gulberg 3<br>Lahore, Pakistan | | | 40,075.84 |
| Artistic Apparels (Pvt) Ltd.<br>42 / K, Block-6, P.E.C.H.S<br>Shahrah-e-Faisal, PAKISTAN | Artistic Apparels (Pvt) Ltd.<br>42 / K, Block-6, P.E.C.H.S<br>Shahrah-e-Faisal, PAKISTAN | | | 88,282.72 |
| CIT Technology Fin Serv, Inc<br>23896 Network Place<br>Chicago, IL 60673 | CIT Technology Fin Serv, Inc<br>23896 Network Place<br>Chicago, IL 60673 | Warehouse Supplies | | 82,898.13 |
| Comfort Knitwears (PVT) Ltd.<br>45-Industrial Estate KOT Lakh Pat<br>Lahore PAKISTAN | Comfort Knitwears (PVT) Ltd.<br>45-Industrial Estate KOT Lakh Pat<br>Lahore PAKISTAN | | | 29,587.32 |
| Denim Artisan<br>250 West 39 St.<br>Suite 801<br>New York, NY 10018 | Denim Artisan<br>250 West 39 Street, Suite 801<br>New York, NY 10018<br>212-944-8944 | | | 150,000.00 |
| Ezra Falek | Ezra Falek<br>efalak@aol.com | | | 200,000.00 |
| Gilbert Displays<br>110 Spagnoli Rd.<br>Melville, NY 11747 | Gilbert Displays<br>110 Spagnoli Rd.<br>Melville, NY 11747 | | | 41,563.69 |
| HK Trading Co., Ltd.<br>#210, Yeolsung Kaisville, 836-35<br>Yeoksam-Dong, Kangnam-Gu<br>Seoul | HK Trading Co., Ltd.<br>#210, Yeolsung Kaisville, 836-35<br>Yeoksam-Dong, Kangnam-Gu<br>Seoul | | | 122,330.74 |
| M Yogabalakrishnan<br>10 Devangapurarn St<br>Tirupur, Inda 641602 | M Yogabalakrishnan<br>10 Devangapuran St.<br>Tirupur 641602<br>INDIA<br>91-121-7205903 | | | 415,255.35 |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Headgear, Inc.**             Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Matrix Clothing Group<br>2325 Dulles Corner Blvd<br>Suite 500<br>Herndon, VA 20171 | Matrix Clothing Group<br>2325 Dulles Corner Blvd<br>Suite 500<br>Herndon, VA 20171 | | | 139,335.23 |
| Newtown, Inc.<br>PO Box 19865<br>Seattle, WA 98109 | Newtown, Inc.<br>PO Box 19865<br>Seattle, WA 98109 | Inventory | Disputed | 2,330,570.06 |
| Pride Apparels<br>731/c Faisal Town<br>Lahore PAKISTAN | Pride Apparels<br>731/c Faisal Town<br>Lahore PAKISTAN | | | 49,037.22 |
| R-Usman Enterprises<br>5-Upper Mall Mian Mir Road<br>Lahore Pakistan | R-Usman Enterprises<br>5-Upper Mall Mian Mir Road<br>Lahore Pakistan | | | 99,314.19 |
| Reliance Staffing<br>4560 South Blvd, Ste 295,<br>Virginia Beach, VA 23452 | Reliance Staffing<br>4560 South Blvd, Ste 295,<br>Virginia Beach, VA 23452 | Temporary Staffing | | 35,155.69 |
| Superior Enterprises Ltd.<br>Unit 1616 16/F<br>Tower A, Regent Centre<br>63 Wo Yi Hop Rd<br>Kwai Chung, N.T., Hong Kong | Superior Enterprises Ltd.<br>Unit 1616 16/F<br>Tower A, Regent Centre<br>Kwai Chung, N.T., Hong Kong | Inventory | Disputed | 5,600,000.00 |
| Tagliaferro & LoPresti, LLP<br>11755 Wilshire Boulevard,<br>Suite1200<br>Los Angeles, CA 90025 | Tagliaferro & LoPresti, LLP<br>11755 Wilshire Boulevard, Suite1200<br>Los Angeles, CA 90025 | Legal Fees | | 29,171.25 |
| UPS<br>P.O. BOX 7247-0244<br>Philadelphia, PA 19170 | UPS<br>P.O. BOX 7247-0244<br>Philadelphia, PA 19170 | | | 28,441.82 |
| UPS Supply Chain Solutions<br>UPS / SCS Charlotte<br>PO Box 533238<br>Charlotte, NC 28290-3238 | UPS Supply Chain Solutions<br>UPS / SCS Charlotte<br>PO Box 533238<br>Charlotte, NC 28290-3238 | | | 111,417.85 |
| US Customs<br>Revenue Division/Mail Entry<br>6650 Telecom Drive Suite 100<br>Indianapolis, IN 46278 | US Customs<br>rEVENUE DIVISION/MAIL ENTRY<br>66650 TELEECOM DRIVE SUITE 100<br>Indianapolis, IN 46278 | Customs Duties | Disputed | 28,977.50 |
| Zukerman & Associates, Ltd.<br>168 Business Park Dr, Ste 202<br>Virginia Beach, VA 23462 | Zukerman & Associates, Ltd.<br>168 Business Park Dr, Ste 202<br>Virginia Beach, VA 23462 | Accounting Fees | | 91,155.00 |

B4 (Official Form 4) (12/07) - Cont.
In re **Headgear, Inc.** Case No.
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **January 11, 2011**  Signature **/s/ Guy L. Stello**
**Guy L. Stello**
**Chief Financial Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Absolute Bottled Water Co.
851 Seahawk Circle Ste 107
Virginia Beach, VA 23452


Advantage Heating & Cooling, Inc.
5253-A Challedon Drive
Virginia Beach, VA 23462-6318


AH Corporation
Suite #20, 4th Floor Al-Hafeez Mall
Main Blvd, Gulberg 3
Lahore, Pakistan


American Express
Business Gold Card
P. O. Box 1270
Newark, NJ 07101-1270


American Express
Business Management
P. O. Box 650448
Dallas, TX 75265-0448


American Heritage Life Ins. Co
PO Box 650514
Dallas, TX 75265-0514


Artistic Apparels (Pvt) Ltd.
42 / K, Block-6, P.E.C.H.S
Shahrah-e-Faisal, PAKISTAN


Atlantic Blueridge Elevator Company
2505 South Military Highway
Suite C
Chesapeake, VA 23320


Averitt Express
PO Box 3145
Cookeville, TN 38502-3145


AVF Consulting
1220-C East Joppa Road, Suite 514
Towson, MD 21286

Beacon Security Systems, LLC
732-E Eden Way N. #122
Chesapeake, VA 23320


Blazer Investigations
2030 Monterosa Road
Concord, NC 28025


Broadview Networks
PO Box 1191
Port Chester, NY 10573-1191


CEVA International Inc.
4770 Eubank Rd
Richmond, VA 23231


CFE
818 Widgeon Rd
Norfolk, VA 23513


CIT Technology Fin Serv, Inc
23896 Network Place
Chicago, IL 60673


City of Virginia Beach
City Treasurer
2401 Courthouse Drive
Municipal Center, Bldg. 1
Virginia Beach, VA 23456


Click 4 Tech Support, LLC
485 7th Avenue
Suite 1211
New York, NY 10018


CMC Interactive, LLC
75 Broad Street
30th Floor
New York, NY 10004


Comfort Knitwears (PVT) Ltd.
45-Industrial Estate KOT Lakh Pat
Lahore PAKISTAN

Concept One Accessories
119 West 40th Street
3rd Floor
New York, NY 10018


Cowels Spencer, Jr.
4926 A Lauderdale Ave.
Virginia Beach, VA 23455-1328


D&B
PO Box 75434
Chicago, IL 60675


DeLage Landen Fin'l Services
PO Box 41601
Philadelphia, PA 19101


Denim Artisan
250 West 39 St.
Suite 801
New York, NY 10018


Discover Card
PO Box 71084
Charlotte, NC 28272-1084


DMX, Inc.
1703 West Fifth Street
Suite 600
Austin, TX 78703


Dougherty
PO Box 601439
Charlotte, NC 28260-1439


Earheart Industrial Service, Inc.
2007 Botetourt St.
Richmond, VA 23220


EasLink Services Int'l Corp.
PO Box 116411
Atlanta, GA 30368-6411

Emcor Services  
24-37 46th Street  
Astoria, NY 11103


ESI  
369 Edwin Dr.  
Virginia Beach, VA 23462


Ezra Falek


Family Support Registry  
PO Box 1800  
Carrollton, GA 30112-1800


GE Capital  
PO Box 642333  
Pittsburgh, PA 15264-2333


Gilbert Displays  
110 Spagnoli Rd.  
Melville, NY 11747


GXS, Inc.  
PO Box 640371  
Pittsburgh, PA 15264-0371


Hewlett-Packard Finanical Services  
PO Box 402582  
Atlanta, GA 30384-2582


HK Trading Co., Ltd.  
#210, Yeolsung Kaisville, 836-35  
Yeoksam-Dong, Kangnam-Gu  
Seoul


Huff, Poole & Mahoney  
4705 Columbus St.  
Virginia Beach, VA 23462


Impala Logistics  
PO Box 6233  
Virginia Beach, VA 23456

Inet Network, Inc.
INM Unites Sales Dept.
101 S. 15th Street, Suite 102
Richmond, VA 23219


Jason Standard & Company, LLC
dba Wrap Kings
2 Hillair Cir.
White Plains, NY 10605


John Ackerman
26 Ludwigs Crossing Lane
Glenmoore, PA 19343


Kay & Emms (pvt) Lt.
117 J.B. Dhanola Tariq Rd.
Pharang Drain off Millat Road
Faisalabad, Pakistan


Land Rover Financial Group
PO Box 78074
Phoenix, AZ 85062


M Yogabalakrishnan
10 Devangapurarn St
Tirupur, Inda 641602


Mancon
1961 Diamond springs Rd.
Virginia Beach, VA 23455


Masa Corporation
PO Box 10263
Norfolk, VA 23513


Matrix Clothing Group
2325 Dulles Corner Blvd
Suite 500
Herndon, VA 20171


Mel Testamark
DBA Five Eight Brand Consulting
49 Seneca Ave.
Huntington Station, NY 11746

Mendelsohn, Drucker & Associates, PC
1500 John F. Kennedy Blvd, Ste 405
Philadelphia, PA 19102


Mke Trep Sales, Inc.
2005 Merrick Road
Merrick, NY 11566


Moderno Apparels
Off Defence Rd, 1 KM Off Bhopitan
Chowk, Raiwin
Lahore, Pakistan


Multra-Guard Corp.
PO Box 2293
Norfolk, VA 23501


Network I & D
4318 W. Cheyenne Avenue
North Las Vegas, NV 89032


New Way Locksmith, Inc.
PO Box 543
Midtown Station
New York, NY 10018


Newtown, Inc.
PO Box 19865
Seattle, WA 98109


NPM Del Mexico S.A. DE C.V.
Av. Ano De Juarex #176
Nave 1
Col Granjas Santonio CP 09


NYC Fire Department
Church Street Station
PO Box 840
New York, NY 10008-0840


Office Equipment Finance Services
PO Box 790448
Saint Louis, MO 63179-0448

One Communications  
PO Box 981039  
Boston, MA 02298-1039

Optima Health  
PO Box 791132  
Baltimore, MD 21279-1132

Optima Health  
PO Box 791130  
Baltimore, MD 21279-1130

Patient First  
Attn: Corporate Payments  
PO Box 759041  
Baltimore, MD 21275-9041

Paul K. Campsen, Esq.  
Kaufman & Canoles, PC  
150 W. Main Street - Ste 2100  
Norfolk, VA 23510

Pebblestone  
550 S. Hope Street  
Los Angeles, CA 90071

Pride Apparels  
731/c Faisal Town  
Lahore PAKISTAN

R-Usman Enterprises  
5-Upper Mall Mian Mir Road  
Lahore Pakistan

Rackspace US, Inc.  
PO Box 730759  
Dallas, TX 75373-0759

Rajby Industries  
Plot No. 39 & 39 Sector 27  
Korangi Industrial Area  
Karachi, Pakistan

RBC Centura Bank
PO Box 1221
Rocky Mount, NC 27802


Reliance Staffing
4560 South Blvd, Ste 295,
Virginia Beach, VA 23452


Resource Communications, Inc.
500 Central Dr.
Virginia Beach, VA 23454


RLT , LLC
PO Box 9920
Virginia Beach 23450


Rocket Direct Communications, inc.
532 Central Drive
Virginia Beach, VA 23454


Rosman Adjustment Corp.
PO Box 1247
Northbrook, IL 60065-1247


Safety Kleen Corp.
PO BOX 382066
Pittsburgh, PA 15250


Southern Material Handling, Inc.
PO Box 4025
Portsmouth, VA 23701


Stanley Secuirty Solutions, Inc.
Dept CH 14202
Palatine, IL 60055


Steven E. Weiss
Scheichet & Davis, P.C.
767 Third Avenue 24th Floor
New York, NY 10017


Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211

Superior Enterprises Ltd.
Unit 1616 16/F
Tower A, Regent Centre
63 Wo Yi Hop Rd
Kwai Chung, N.T., Hong Kong

Supply One Weyers Cave, Inc.
DBA AlPak SupplyOne
PO Box 822907
Philadelphia, PA 19182-2907

Surburban Propane
PO Box 74803
Richmond, VA 23236

Tagliaferro & LoPresti, LLP
11755 Wilshire Boulevard, Suite1200
Los Angeles, CA 90025

Talon Sport (Pvt), Ltd.
30-KM GT Road Muridke
Lahore, Pakistan

Time Warner Cable
PO Box 9227
Uniondale, NY 11555-9227

Trade Show Fabrications West, Inc.
5845 Wynn Road
Las Vegas, NV 89118

Travelers Business INsurance
Remittance Center
Hartford, CT 06183-1008

United Concordia
PO Box 827377
Philadelphia, PA 19182-7377

UPS
P.O. BOX 7247-0244
Philadelphia, PA 19170

UPS Supply Chain Solutions
UPS / SCS Charlotte
PO Box 533238
Charlotte, NC 28290-3238


UPS Supply Chain Solutions
28013 Network Place
Chicago, IL 60673


US Customs
Revenue Division/Mail Entry
6650 Telecom Drive Suite 100
Indianapolis, IN 46278


VA Southern Properties II, LLC
1337 Taylor Farm Road
Suite 100
Virginia Beach, VA 23453


Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505


Virginia Natural Gas
PO Box 70840
Charlotte, NC 28272-0840


Waste Management
PO Box 13648
Philadelphia, PA 19101


Western Pest Services
4205 Virginia Beach Blvd.
Virginia Beach, VA 23452-1232


Williams Mullen
PO Box 91719
Richmond, VA 23291-1719


Willis of Virginia, Inc.
4951 LakeBrook Dr, Ste 400
Glen Allen, VA 23060

Wolcott Rivers Gates
One Columbus Center Ste 1100
Virginia Beach, VA 23462-6765


Xpedx
3666 Progress Road
Norfolk, VA 23502


Zukerman & Associates, Ltd.
168 Business Park Dr, Ste 202
Virginia Beach, VA 23462

# United States Bankruptcy Court
## Eastern District of Virginia

In re **Headgear, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Headgear, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 11, 2011**  
Date

**/s/ Karen M. Crowley VSB**  
**Karen M. Crowley VSB #35881**  
Signature of Attorney or Litigant  
Counsel for **Headgear, Inc.**  
**Crowley, Liberatore & Ryan, PC**  
**1435 Crossways Blvd**  
**Suite 300**  
**Chesapeake, VA 23320-2896**  
**(757) 333-4500 Fax:(757) 333-4501**